J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Warner Bros. Home Entertainment Inc., | ) Case No. CV13-0889 DMG (DTBx) |
|---|---|
| Plaintiff, | ) DISCOVERY MATTER |
| v. | ) [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE |
| Amazon.com Sellers fastmedia; SECRET SALE..; dealmakerz; ALLSEASONS; Forlines Warehouse; B&Wc; Cape Breton, and Does 1 through 10, inclusive, | |
| Defendants. | |

The Court has read and considered all papers filed in connection with the *Ex Parte* Application for Leave to Take Immediate Discovery Prior to Rule 26(F) Conference ("the Application") filed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff").

IT IS HEREBY ORDERED that the Application is granted.

IT IS FURTHER ORDERED that Plaintiff may serve immediate discovery on Amazon.com, Inc., Google, Inc., and Yahoo! Inc. (collectively "Third Party Service Providers") by serving Fed. R. Civ. P. 45 subpoenas for the production of documents and/or deposition, which seek information sufficient to identify and locate Defendants Amazon.com Sellers fastmedia, SECRET SALE.., dealmakerz, ALLSEASONS, Forlines Warehouse, B&Wc, and Cape Breton (collectively

"Defendants"), including names, addresses, telephone numbers, the identity of the Defendants' financial institution(s), and other email address(es) and user IDs for the Defendants. Should Plaintiff fail to learn the identity, whereabouts, or legal status of Defendants from the service of these subpoenas, Plaintiff may serve additional subpoenas seeking the same information upon other persons or entities revealed by the limited discovery from the three entities described above.

If any of the Third Party Service Providers or any subsequent necessary entity served wishes to file a motion to quash the subpoenas or to serve objections, it must do so before the return date of the subpoenas, which shall be no less than twenty-one (21) days from the date of service of the subpoenas. Among other things, the Third Party Service Providers, or any subsequent necessary entity served may use this time to notify the subscribers in question.

The Third Party Service Providers and any subsequent necessary entity served shall preserve any subpoenaed information or materials pending compliance with the subpoenas or resolution of any timely objection or motion to quash.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED THAT Plaintiff must serve a copy of this order on the Third Party Service Providers and any subsequent necessary entity when it serves the subpoenas.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiff in response to the Fed. R. Civ. P. 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act.

Dated: March 25, 2013

_____
Hon. David T. Bristow
United States Magistrate Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: __/s/ Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.