J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California  91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No.: CV13-0889 DMG (DTBx) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS PURSUANT TO RULE 6(b) [11] |
| v. | |
| Amazon.com Sellers fastmedia; SECRET SALE..; dealmakerz; ALLSEASONS; Forlines Warehouse; B&Wc; Cape Breton, and Does 1 through 10, inclusive, | |
| Defendants. | |

The Court has read and considered all papers filed in connection with the *Ex Parte* Request for Enlargement of Time Within Which to Effect Service of Process Pursuant to Rule 6(b) ("the Application") filed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff").

/ / /

Warner Bros. v. Amazon.com Sellers fastmedia, et al.: [Proposed]      - 1 -
Order Granting Ex Parte Request for Enlargement of Time

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED that the Application is granted and Plaintiff shall have a ninety (90) day enlargement of time within which to serve Defendant with Summons and Complaint, and in no event later than September 23, 2013.

Dated:  June 20, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE