J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Natalya Byzova, Esq. SBN 282016
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel: (323) 899-7070
natalyab@lawyer.com

Attorney for Defendants
Brilliant System USA, Inc., a corporation and
d/b/a Amazon.com Seller dealmakerz
and Boris Mazalkov, an individual and d/b/a
Amazon.com Seller dealmakerz

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV13-889- DMG (DTBx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT INJUNCTION [30] |
| v. | |
| Brilliant System USA, Inc., a corporation and d/b/a Amazon.com Seller dealmakerz; Greg Colombo, an individual and d/b/a Amazon.com Seller dealmakerz; Boris Mazalkov, an individual and d/b/a Amazon.com Seller dealmakerz, and Does 4 through 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Brilliant System USA,

Inc., a corporation and d/b/a Amazon.com Seller dealmakerz and Boris Mazalkov, an individual and d/b/a Amazon.com Seller dealmakerz (collectively "Defendants"), in this action, and good cause appearing therefor:

IT IS HEREBY ORDERED that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

   a) Copying, reproducing, downloading, distributing, uploading, linking to,

        transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

   b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

   c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) The hearing on Plaintiff's Motion for Default Judgment currently on calendar for February 7, 2014, is hereby VACATED.

8) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

10) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11) The above-captioned action, shall, upon filing by Plaintiff of the Settlement

Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

12) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: January 21, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Warner Bros. v. Brilliant System USA, Inc.: [Proposed] Consent Decree — - 4 -

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Registration No. | Title | Claimant |
|---|---|---|
| PA 350964 | Full House: Pilot | Warner Bros. Entertainment Inc., successor-in-interest to Lorimar Productions, Inc. ("WBEI") |
| PA 350-964 | Full House: Our Very First Show | WBEI |
| PA 385-968 | Full House: Our Very First Night | WBEI |
| PA 353-059 | Full House: the First Day of School | WBEI |
| PA 353-041 | Full House: The Return of Grandma | WBEI |
| PA 375-696 | Full House: Sea Cruise | WBEI |
| PA 354-810 | Full House: Daddy's Home | WBEI |
| PA 353-048 | Full House: Knock Yourself Out | WBEI |
| PA 353-015 | Full House: Jesse's Girl | WBEI |
| PA 385-975 | Full House: The Miracle of Thanksgiving | WBEI |
| PA 372-227 | Full House: Joey's Place | WBEI |
| PA 370-182 | Full House: The Big Three-O | WBEI |
| PA 362-515 | Full House: Our Very First Promo | WBEI |
| PA 370-171 | Full House: Sisterly Love | WBEI |
| PA 370-200 | Full House: Half a Love Story | WBEI |
| PA 392-146 | Full House: A Pox in Our House | WBEI |
| PA 370-180 | Full House: But Seriously Folks | WBEI |
| PA 375-701 | Full House: Danny's Very First Date | WBEI |
| PA 375-703 | Full House: Just One of the Guys | WBEI |
| PA 375-700 | Full House: The Seven-Month Itch: Part 1 | WBEI |
| PA 375-697 | Full House: The Seven-Month Itch: Part 2 | WBEI |
| PA 376-521 | Full House: Mad Money | WBEI |
| PA 376-518 | Full House: D.J. Tanner's Day Off | WBEI |
| PA 431-185 | Full House: Cutting It Close | WBEI |
| PA 710-924 | Full House: Tanner vs. Gibbler | WBEI |
| PA 431-187 | Full House: It's Not My Job | WBEI |
| PA 431-188 | Full House: D.J.'s Very First Horse | WBEI |
| PA 431-186 | Full House: Jingle Hell | WBEI |
| PA 710-923 | Full House: Beach Boy Bingo | WBEI |
| PA 710-925 | Full House: Joey Gets Tough | WBEI |
| PA 431-190 | Full House: Triple Date | WBEI |
| PA 468-407 | Full House: Our Very First Christmas Show | WBEI |
| PA 431-189 | Full House: Middle Age Crazy | WBEI |
| PA 469-630 | Full House: Littler Romance | WBEI |

| | | |
|---|---|---|
| PA 619-821 | Full House: Fogged In | WBEI |
| PA 431-191 | Full House: Working Mothers | WBEI |
| PA 431-192 | Full House: Little Shop of Sweaters | WBEI |
| PA 431-193 | Full House: Pal Joey | WBEI |
| PA 469-631 | Full House: Baby Love | WBEI |
| PA 469-718 | Full House: El Problema Grande de D.J. | WBEI |
| PA 469-341 | Full House: Goodbye, Mr. Bear | WBEI |
| PA 431-194 | Full House: Blast from the Past | WBEI |
| PA 469-078 | Full House: I'm There for You, Babe | WBEI |
| PA 468-408 | Full House: Luck Be a Lady, Part 1 | WBEI |
| PA 714-293 | Full House: Luck Be a Lady, Part 2 | WBEI |
| PA 728-094 | Full House: Tanner's Island | WBEI |
| PA 728-257 | Full House: Back to School Blues | WBEI |
| PA 728-258 | Full House: Breaking Up is Hard to Do | WBEI |
| PA 735-735 | Full House: Nerd for a Day | WBEI |
| PA 684-828 | Full House: Granny Tanny | WBEI |
| PA 684-827 | Full House: Star Search | WBEI |
| PA 694-929 | Full House: And They Call It Puppy Love | WBEI |
| PA 684-826 | Full House: Divorce Court | WBEI |
| PA 684-825 | Full House: Dr. Dare Rides Again | WBEI |
| PA 694-928 | Full House: The Greatest Birthday on Earth | WBEI |
| PA 684-822 | Full House: Aftershocks | WBEI |
| PA 684-823 | Full House: Joey and Stacy and… Oh, Yeah, Jesse | WBEI |
| PA 684-821 | Full House: No More Mr. Dumb Guy | WBEI |
| PA 684-824 | Full House: Misadventures in Babysitting | WBEI |
| PA 684-819 | Full House: Lust in the Dust | WBEI |
| PA 684-818 | Full House: Bye, Bye Birdie | WBEI |
| PA 684-820 | Full House: Thirteen Candles | WBEI |
| PA 684-817 | Full House: Mr. Egghead | WBEI |
| PA 684-816 | Full House: Those Better Not Be the Days | WBEI |
| PA 694-931 | Full House: Honey, I Broke the House | WBEI |
| PA 684-815 | Full House: Just Say No Way | WBEI |
| PA 694-933 | Full House: Three Men and Another Baby | WBEI |
| PA 684-814 | Full House: Fraternity Reunion | WBEI |
| PA 497-161 | Full House: Greek Week | WBEI |
| PA 694-932 | Full House: Crimes and Michelle's Demeanor | WBEI |
| PA 497-160 | Full House: The I.Q. Man | WBEI |
| PA 540-762 | Full House: Slumber Party | WBEI |
| PA 497-054 | Full House: Good News, Bad News | WBEI |
| PA 540-760 | Full House: A Pinch for Pinch | WBEI |
| PA540-759 | Full House: Viva Las Joey | WBEI |
| PA 728-213 | Full House: Shape Up | WBEI |
| PA 521-679 | Full House: One Last Kiss | WBEI |
| PA 497-046 | Full House: Terror in Tanner Town | WBEI |
| PA 497-045 | Full House: Secret Admirer | WBEI |

| | | |
|---|---|---|
| PA 497-163 | Full House: Danny in Charge | WBEI |
| PA 521-678 | Full House: Happy New Year | WBEI |
| PA 521-680 | Full House: Working Girl | WBEI |
| PA 521-682 | Full House: Ol' Brown Eyes | WBEI |
| PA 728-214 | Full House: Stephanie Gets Framed | WBEI |
| PA 521-681 | Full House: A Fish Called Martin | WBEI |
| PA 521-684 | Full House: The Wedding: Part 1 | WBEI |
| PA 521-685 | Full House: The Wedding: Part 2 | WBEI |
| PA 521-683 | Full House: Fuller House | WBEI |
| PA 521-686 | Full House: The Hole-in-the-Wall Gang | WBEI |
| PA 521-687 | Full House: Stephanie Plays the Field | WBEI |
| PA521-689 | Full House: Joey Goes Hollywood | WBEI |
| PA521-690 | Full House: Girls Just Wanna Have Fun | WBEI |
| PA 521-688 | Full House: The Graduates | WBEI |
| PA 521-691 | Full House: Rock the Cradle | WBEI |
| PA 573-111 | Full House: Double Trouble | WBEI |
| PA 573-108 | Full House: Matchmaker Michelle | WBEI |
| PA 573-112 | Full House: Take My Sister, Please | WBEI |
| PA 573-107 | Full House: Oh Where, Oh Where Has My Little Girl Gone? | WBEI |
| PA 573-110 | Full House: The King and I | WBEI |
| PA 573-106 | Full House: The Legend of Ranger Joe | WBEI |
| PA 551-931 | Full House: The Volunteer | WBEI |
| PA 573-109 | Full House: Gotta Dance | WBEI |
| | Full House: Happy Birthday, Babies: Part 1 | WBEI |
| PA 573-113 | Full House: Happy Birthday, Babies: Part 2 | WBEI |
| PA 555-059 | Full House: Nicky and/or Alexander | WBEI |
| PA 552-259 | Full House: Bachelor of the Month | WBEI |
| PA 551-932 | Full House: Easy Rider | WBEI |
| PA 551-933 | Full House: Sisters in Crime | WBEI |
| PA 551-934 | Full House: Play It Again, Jess | WBEI |
| PA 728-095 | Full House: Crushed | WBEI |
| PA 552-261 | Full House: Spellbound | WBEI |
| PA 552-263 | Full House: Too Much Monkey Business | WBEI |
| PA 728-096 | Full House: The Devil Made Me Do It | WBEI |
| PA 552-283 | Full House: Driving Miss D.J. | WBEI |
| PA573-548 | Full House: Yours, Mine and Ours | WBEI |
| PA 573-549 | Full House: The Trouble with Danny | WBEI |
| PA 573-546 | Full House: Five's a Crowd | WBEI |
| PA 573-547 | Full House: Girls Will Be Boys | WBEI |
| PA 573-550 | Full House: Captain Video: Part 1 | WBEI |
| PA 573-551 | Full House: Captain Video: Part 2 | WBEI |
| PA 628-115 | Full House: Come Fly with Me | WBEI |
| PA 628-114 | Full House: The Long Goodbye | WBEI |
| PA 628-120 | Full House: Road to Tokyo | WBEI |
| PA 628-117 | Full House: Radio Days | WBEI |

| | | |
|---|---|---|
| PA 628-119 | Full House: Lovers and Other Tanners | WBEI |
| PA 628-194 | Full House: Educating Jesse | WBEI |
| PA 628-195 | Full House: Trouble in Twin Town | WBEI |
| PA 628-116 | Full House: The Play's the Thing | WBEI |
| PA 628-118 | Full House: Nice Guys Finish First | WBEI |
| PA 628-121 | Full House: I'm Not D.J. | WBEI |
| PA 628-196 | Full House: Designing Mothers | WBEI |
| PA 619-603 | Full House: A Very Tanner Christmas | WBEI |
| PA 619-184 | Full House: The Dating Game | WBEI |
| PA 628-112 | Full House: Birthday Blues | WBEI |
| PA 628-145 | Full House: Be True to Your Pre-School | WBEI |
| PA 619-186 | Full House: The Heartbreak Kid | WBEI |
| PA 619-185 | Full House: Silence is Not Golden | WBEI |
| PA 619-187 | Full House: Please Don't Touch the Dinosaur | WBEI |
| PA 628-146 | Full House: Subterranean Graduation Blues | WBEI |
| PA 610-345 | Full House: Grand Gift Auto | WBEI |
| PA 628-148 | Full House: Room for One More | WBEI |
| PA 628-197 | Full House: Prom Night | WBEI |
| PA 628-113 | Full House: The House Meets the Mouse: Part 1 | WBEI |
| PA 628-147 | Full House: The House Meets the Mouse: Part 2 | WBEI |
| PA 750-414 | Full House: It Was a Dark and Stormy Night | WBEI |
| PA 750-415 | Full House: The Apartment | WBEI |
| PA 750-417 | Full House: Wrong-Way Tanner | WBEI |
| PA 750-413 | Full House: Tough Love | WBEI |
| PA 750-416 | Full House: Fast Friends | WBEI |
| PA 750-418 | Full House: Smash Club: The Next Generation | WBEI |
| PA 750-420 | Full House: High Anxiety | WBEI |
| PA 750-419 | Full House: Another Opening, Another No Show | WBEI |
| PA 750-421 | Full House: The Day of the Rhino | WBEI |
| PA 750-423 | Full House: The Prying Game | WBEI |
| PA 750-422 | Full House: The Bicycle Thief | WBEI |
| PA 750-424 | Full House: Support Your Local Parents | WBEI |
| PA 750-426 | Full House: The Perfect Couple | WBEI |
| PA 750-427 | Full House: Is It True About Stephanie? | WBEI |
| PA 750-425 | Full House: The Test | WBEI |
| PA 750-429 | Full House: Joey's Funny Valentine | WBEI |
| PA 750-428 | Full House: The Last Dance | WBEI |
| PA 750-430 | Full House: Kissing Cousins | WBEI |
| PA 750-431 | Full House: Love on the Rocks | WBEI |
| PA 750-432 | Full House: Michelle a la Cart | WBEI |
| PA 750-434 | Full House: Be Your Own Best Friend | WBEI |
| PA 750-435 | Full House: A Date with Fate | WBEI |
| PA 750-433 | Full House: Too Little Richard Too Late | WBEI |
| PA 750-436 | Full House: A House Divided | WBEI |
| PA 775-768 | Full House: Comet's Excellent Adventure | WBEI |

| | | |
|---|---|---|
| PA 775-766 | Full House: Breaking Away | WBEI |
| PA 775-767 | Full House: Making Out is Hard to Do | WBEI |
| PA 775-765 | Full House: I've Got a Secret | WBEI |
| PA 775-769 | Full House: To Joey, with Love | WBEI |
| PA 775-772 | Full House: You Pet It, You Bought It | WBEI |
| PA 775-771 | Full House: On the Road Again | WBEI |
| PA 775-773 | Full House: Claire and Present Danger | WBEI |
| PA 775-774 | Full House: Stephanie's Wild Ride | WBEI |
| PA 775-770 | Full House: Under the Influence | WBEI |
| PA 775-775 | Full House: Arrest Ye Merry Gentlemen | WBEI |
| PA 775-776 | Full House: D.J.'s Choice | WBEI |
| PA 775-777 | Full House: The Producer | WBEI |
| PA 775-778 | Full House: Super Bowl Fun Day | WBEI |
| PA 775-779 | Full House: My Left and Right Foot | WBEI |
| PA 775-780 | Full House: Air Jesse | WBEI |
| PA 775-781 | Full House: Dateless in San Francisco | WBEI |
| PA 775-783 | Full House: We Got the Beat | WBEI |
| PA 775-782 | Full House: Taking the Plunge | WBEI |
| PA 775-784 | Full House: Up on the Roof | WBEI |
| PA 775-785 | Full House: Leap of Faith | WBEI |
| PA 775-787 | Full House: All Stood Up | WBEI |
| PA 775-786 | Full House: Michelle Rides Again, Part 1 and Part 2 | WBEI |
| PA 1-301-179 | ONE TREE HILL: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-301-177 | ONE TREE HILL: The Places You Have Come To Fear The Most | WBEI |
| PA 1-301-180 | ONE TREE HILL: Are You True | WBEI |
| PA 1-303-731 | ONE TREE HILL: Crash Into You | WBEI |
| PA 1 -301-181 | ONE TREE HILL: All That You Can't Leave Behind | WBEI |
| PA 1-301-178 | ONE TREE HILL: Every Night Is Another Story | WBEI |
| PA 1-303-727 | ONE TREE HILL: Life In A Glass House | WBEI |
| PA 1-303-729 | ONE TREE HILL: The Search For Something More | WBEI |
| PA 1-301-174 | ONE TREE HILL: With Arms Outstretched | WBEI |
| PA 1-303-734 | ONE TREE HILL: You Gotta Go There To Come Back | WBEI |
| PA 1-303-732 | ONE TREE HILL: The Living Years | WBEI |
| PA 1-301-169 | ONE TREE HILL: Crash Course In Polite Conversation | WBEI |
| PA 1-301-175 | ONE TREE HILL: Hanging By A Moment | WBEI |
| PA 1-301-171 | ONE TREE HILL: I Shall Believe | WBEI |
| PA 1-301-172 | ONE TREE HILL: Suddenly Everything Has Changed | WBEI |
| PA 1-303-730 | ONE TREE HILL: The First Cut Is The Deepest | WBEI |
| PA 1-301-173 | ONE TREE HILL: Spirit In The Night | WBEI |
| PA 1-301-167 | ONE TREE HILL: To Wish Impossible Things | WBEI |
| PA 1-303-726 | ONE TREE HILL: How Can You Be Sure? | WBEI |
| PA 1-301-170 | ONE TREE HILL: What Is And What Should Never Be | WBEI |

| | | |
|---|---|---|
| PA 1-301-176 | ONE TREE HILL: The Leaving Song | WBEI |
| PA 1-301-168 | ONE TREE HILL: The Games That Play Us | WBEI |
| PA 1-261-328 | ONE TREE HILL: Don't Take Me For Granted | WBEI |
| PA 1-261-327 | ONE TREE HILL: Near Wild Heaven | WBEI |
| PA 1-261-329 | ONE TREE HILL: Quiet Things That No One Ever Knows | WBEI |
| PA 1-261-326 | ONE TREE HILL: Truth, Bitter Truth | WBEI |
| PA 1-261-325 | ONE TREE HILL: Truth Doesn't Make A Noise | WBEI |
| PA 1-261-330 | ONE TREE HILL: We Might As Well Be Strangers | WBEI |
| PA 1-261-334 | ONE TREE HILL: You Can't Always Get What You Want | WBEI |
| PA 1-592-512 | ONE TREE HILL: All Tomorrow's Parties | WBEI |
| PA 1-592-488 | ONE TREE HILL: An Attempt To Tip The Scales | WBEI |
| PA 1-592-510 | ONE TREE HILL: Brave New World | WBEI |
| PA 1-592-507 | ONE TREE HILL: Champagne For My Real Friends, Real Pain For My Sham Friends | WBEI |
| PA 1-592-483 | ONE TREE HILL: Everyday Is A Sunday Evening | WBEI |
| PA 1-592-485 | ONE TREE HILL: First Day On A Brand New Planet | WBEI |
| PA 1-592-490 | ONE TREE HILL: From The Edge Of The Deep Green Sea | WBEI |
| PA 1-592-505 | ONE TREE HILL: How A Resurrection Really Feels | WBEI |
| PA 1-592-477 | ONE TREE HILL: I Slept With Someone In Fall Out Boy And All I Got Was This Stupid Song Written About Me | WBEI |
| PA 1-592-511 | ONE TREE HILL: I've Got Dreams To Remember | WBEI |
| PA 1-592-486 | ONE TREE HILL: Just Watch The Fireworks | WBEI |
| PA 1-592-492 | ONE TREE HILL: Like You, Like An Arsonist | WBEI |
| PA 1-592-506 | ONE TREE HILL: Locked Hearts And Handgrenades | WBEI |
| PA 1-592-495 | ONE TREE HILL: A Multitude Of Casualties | WBEI |
| PA 1-592-478 | ONE TREE HILL: Over The Hills And Far Away | WBEI |
| PA 1-592-509 | ONE TREE HILL: Return To The Future | WBEI |
| PA 1-592-476 | ONE TREE HILL: The Show Must Go On | WBEI |
| PA 1-592-480 | ONE TREE HILL: When It Isn't Like It Should Be | WBEI |
| PA 1-592-515 | ONE TREE HILL: Who Will Survive And What Will Be Left Of Them | WBEI |
| PA 1-592-514 | ONE TREE HILL: The Wind That Blew My Heart Away | WBEI |
| PA 1-592-402 | ONE TREE HILL: With Tired Eyes, Tired Minds, Tired Souls, We Slept | WBEI |
| PA 1-592-503 | ONE TREE HILL: The Worst Day Since Yesterday | WBEI |
| PA 1-596-179 | ONE TREE HILL: The Same Deep Water As You | WBEI |
| PA 1-596-175 | ONE TREE HILL: Things I Forgot At Birth | WBEI |
| PA 1-596-170 | ONE TREE HILL: Good News For People Who Love Bad News | WBEI |
| PA 1-596-169 | ONE TREE HILL: Can't Stop This Thing We Started | WBEI |
| PA 1-596-163 | ONE TREE HILL: I Love You But I've Chosen Darkness | WBEI |
| PA 1-596-164 | ONE TREE HILL: Where Did You Sleep Last Night | WBEI |
| PA 1-596-165 | ONE TREE HILL: All These Things That I've Done | WBEI |
| PA 1-596-160 | ONE TREE HILL: Nothing Left To Say But Goodbye | WBEI |
| PA 1-596-168 | ONE TREE HILL: Some You Give Away | WBEI |

| | | |
|---|---|---|
| PA 1-596-176 | ONE TREE HILL: Songs To Love And Die By | WBEI |
| PA 1-596-180 | ONE TREE HILL: Everything Is In It's Right Place | WBEI |
| PA 1-596-177 | ONE TREE HILL: Resolve | WBEI |
| PA 1-596-155 | ONE TREE HILL: Pictures Of You | WBEI |
| PA 1-596-154 | ONE TREE HILL: Sad Songs For Dirty Lovers | WBEI |
| PA 1-596-181 | ONE TREE HILL: Prom Night At Hater High | WBEI |
| PA 1-596-157 | ONE TREE HILL: You Call It Madness, But I Call It Love | WBEI |
| PA 1-596-156 | ONE TREE HILL: It Gets Worst At Night | WBEI |
| PA 1-596-178 | ONE TREE HILL: The Runaway Found | WBEI |
| PA 1-596-162 | ONE TREE HILL: Ashes Of Dreams You Let Die | WBEI |
| PA 1-596-173 | ONE TREE HILL: The Birth And Death Of The Day | WBEI |
| PA 1-596-172 | ONE TREE HILL: All Of A Sudden, I Miss Everyone | WBEI |
| PA 1-624-155 | ONE TREE HILL: Crying Won't Help You Now | WBEI |
| PA 1-624-173 | ONE TREE HILL: Don't Dream, It's Over | WBEI |
| PA 1-624-153 | ONE TREE HILL: Echoes, Silence, Patience & Grace | WBEI |
| PA 1-624-166 | ONE TREE HILL: For Tonight You're Only Here To Know | WBEI |
| PA 1-624-141 | ONE TREE HILL: 4 Years, 6 Months, 2 Days | WBEI |
| PA 1-624-009 | ONE TREE HILL: Hate Is Safer Than Love | WBEI |
| PA 1-624-149 | ONE TREE HILL: Hundred | WBEI |
| PA 1-624-012 | ONE TREE HILL: I Forgot, To Remember, To Forget | WBEI |
| PA 1-624-163 | ONE TREE HILL: In Da Club | WBEI |
| PA 1-624-143 | ONE TREE HILL: Its Alright, Ma (I'm Only Bleeding) | WBEI |
| PA 1-624-174 | ONE TREE HILL: Life Is Short | WBEI |
| PA 1-624-148 | ONE TREE HILL: My Way Home Is Through You | WBEI |
| PA 1-624-171 | ONE TREE HILL: Please Please Please Let Me Get What I Want | WBEI |
| PA 1-624-158 | ONE TREE HILL: Running To Stand Still | WBEI |
| PA 1-624-146 | ONE TREE HILL: What Comes After The Blues | WBEI |
| PA 1-624-006 | ONE TREE HILL: What Do You Go Home To | WBEI |
| PA 1-624-161 | ONE TREE HILL: You're Gonna Need Someone On Your Side | WBEI |
| PA 1-624-144 | ONE TREE HILL: Racing Like A Pro | WBEI |
| PA 1-838-898 | ONE TREE HILL: Touch Me I'm Going To Scream, Part 1 | WBEI |
| PA 1-611-546 | ONE TREE HILL: One Million Billionth Of A Millisecond On A Sunday Morning | WBEI |
| PA 1-838-878 | ONE TREE HILL: Get Cape. Wear Cape. Fly | WBEI |
| PA 1-838-899 | ONE TREE HILL: Bridge Over Troubled Water | WBEI |
| PA 1-838-848 | ONE TREE HILL: You've Dug Your Own Grave, Now Lie In It | WBEI |
| PA 1-838-861 | ONE TREE HILL: Choosing My Own Way Of Life | WBEI |
| PA 1-838-897 | ONE TREE HILL: Messin' With The Kid | WBEI |
| PA 1-838-900 | ONE TREE HILL: Our Life Is Not A Movie Or Maybe | WBEI |
| PA 1-838-854 | ONE TREE HILL: Sympathy For The Devil | WBEI |
| PA 1-838-894 | ONE TREE HILL: Even Fairy Tale Characters Would Be Jealous | WBEI |

| | | |
|---|---|---|
| PA 1-838-882 | ONE TREE HILL: We Three (My Echo, My Shadow And Me) | WBEI |
| PA 1-838-852 | ONE TREE HILL: You Have To Be Joking (Autopsy Of The Devil's Brain) | WBEI |
| PA 1-838-860 | ONE TREE HILL: Things A Mama Don't Know | WBEI |
| PA 1-838-901 | ONE TREE HILL: A Hand To Take Hold Of the Scene | WBEI |
| PA 1-838-888 | ONE TREE HILL: We Change, We Wait | WBEI |
| PA 1-800-208 | ONE TREE HILL: Screenwriter's Blues | WBEI |
| PA 1-838-842 | ONE TREE HILL: You And Me And The Bottle Makes Three Tonight | WBEI |
| PA 1-800-207 | ONE TREE HILL: Searching For A Former Clarity | WBEI |
| PA 1-800-206 | ONE TREE HILL: Letting Go | WBEI |
| PA 1-800-209 | ONE TREE HILL: I Would For You | WBEI |
| PA 1-800-210 | ONE TREE HILL: A Kiss To Build A Dream On | WBEI |
| PA 1-800-204 | ONE TREE HILL: Show Me How To Live | WBEI |
| PA 1-800-205 | ONE TREE HILL: Forever And Almost Always | WBEI |
| PA 1-800-203 | ONE TREE HILL: Remember Me As A Time Of Day | WBEI |
| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | WBEI |
| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | WBEI |
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | WBEI |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | WBEI |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | WBEI |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | WBEI |
| PA 1-803-468 | ONE TREE HILL: I And Love And You | WBEI |
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | WBEI |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | WBEI |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | WBEI |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | WBEI |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | WBEI |
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | WBEI |
| PA 1-799-333 | ONE TREE HILL: Family Affair | WBEI |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | WBEI |
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | WBEI |
| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | WBEI |
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | WBEI |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | WBEI |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | WBEI |
| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | WBEI |
| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | WBEI |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |

| | | |
|---|---|---|
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-621-681 | THE CLOSER: Pilot | WBEI |
| PA 1-621-680 | THE CLOSER: About Face | WBEI |
| PA 1-621-678 | THE CLOSER: The Big Picture | WBEI |
| PA 1-621-684 | THE CLOSER: Show Yourself | WBEI |
| PA 1-621-683 | THE CLOSER: Flashpoint | WBEI |
| PA 1-621-682 | THE CLOSER: Fantasy Date | WBEI |
| PA 1-621-690 | THE CLOSER: You Are Here | WBEI |
| PA 1-621-689 | THE CLOSER: Batter Up | WBEI |

Warner Bros. v. Brilliant System USA, Inc.: [Proposed] Consent Decree          - 13 -

| | | |
|---|---|---|
| PA 1-621-688 | THE CLOSER: Good Housekeeping | WBEI |
| PA 1-621-687 | THE CLOSER: The Butler Did It | WBEI |
| PA 1-621-686 | THE CLOSER: LA Woman | WBEI |
| PA 1-621-710 | THE CLOSER: Fatal Retraction | WBEI |
| PA 1-621-677 | THE CLOSER: Standards And Practices | WBEI |
| PA 1-621-700 | THE CLOSER: Blue Blood | WBEI |
| PA 1-621-706 | THE CLOSER: Mom Duty | WBEI |
| PA 1-621-698 | THE CLOSER: Slippin' | WBEI |
| PA 1-621-713 | THE CLOSER: Aftertaste | WBEI |
| PA 1-621-721 | THE CLOSER: To Protect And Serve | WBEI |
| PA 1-621-692 | THE CLOSER: Out Of Focus | WBEI |
| PA 1-621-697 | THE CLOSER: Head Over Heels | WBEI |
| PA 1-621-703 | THE CLOSER: Critical Missing | WBEI |
| PA 1-621-712 | THE CLOSER: Heroic Measures | WBEI |
| PA 1-621-716 | THE CLOSER: The Other Woman | WBEI |
| PA 1-621-704 | THE CLOSER: Borderline | WBEI |
| PA 1-621-709 | THE CLOSER: No Good Deed | WBEI |
| PA 1-621-711 | THE CLOSER: Overkill | WBEI |
| PA 1-621-720 | THE CLOSER: Serving The King Part 1 | WBEI |
| PA 1-621-718 | THE CLOSER: Serving The King Part 2 | WBEI |
| PA 1-731-485 | THE CLOSER: Homewrecker | WBEI |
| PA 1-733-973 | THE CLOSER: Grave Doubts | WBEI |
| PA 1-735-110 | THE CLOSER: Saving Face | WBEI |
| PA 1-735-112 | THE CLOSER: Ruby | WBEI |
| PA 1-735-113 | THE CLOSER: The Round File | WBEI |
| PA 1-735-124 | THE CLOSER: Dumb Luck | WBEI |
| PA 1-735-126 | THE CLOSER: Four To Eight | WBEI |
| PA 1-733-974 | THE CLOSER: Manhunt | WBEI |
| PA 1-735-127 | THE CLOSER: Blindsided | WBEI |
| PA 1-733-975 | THE CLOSER: Culture Shock | WBEI |
| PA 1-735-128 | THE CLOSER: Lover's Leap | WBEI |
| PA 1-733-976 | THE CLOSER: Til Death Do Us Part One | WBEI |
| PA 1-733-979 | THE CLOSER: Til Death Do Us Part Two | WBEI |
| PA 1-735-129 | THE CLOSER: Next Of Kin Part One | WBEI |
| PA 1-733-980 | THE CLOSER: Next Of Kin Part Two | WBEI |
| PA 1-686-939 | THE CLOSER: Controlled Burn | WBEI |
| PA 1-686-931 | THE CLOSER: Speed Bump | WBEI |
| PA 1-686-934 | THE CLOSER: Cherry Bomb | WBEI |
| PA 1-686-987 | THE CLOSER: Live Wire | WBEI |
| PA 1-686-978 | THE CLOSER: Dial 'M' For Provenza | WBEI |
| PA 1-611-522 | THE CLOSER: Problem Child | WBEI |
| PA 1-686-981 | THE CLOSER: Sudden Death | WBEI |
| PA 1-686-986 | THE CLOSER: Split Ends | WBEI |
| PA 1-689-098 | THE CLOSER: Tijuana Brass | WBEI |
| PA 1-686-941 | THE CLOSER: Time Bomb | WBEI |

| | | | |
|---|---|---|---|
| 1 | PA 1-686-985 | THE CLOSER: Good Faith | WBEI |
| 2 | PA 1-686-984 | THE CLOSER: Junk In The Trunk | WBEI |
|   | PA 1-686-982 | THE CLOSER: Power Of Attorney | WBEI |
| 3 | PA 1-686-978 | THE CLOSER: Fate Line | WBEI |
|   | PA 1-686-943 | THE CLOSER: Double Blind | WBEI |
| 4 | PA 1-856-466 | THE CLOSER: Products of Discovery | WBEI |
| 5 | PA 1-856-464 | THE CLOSER: Blood Money | WBEI |
|   | PA 1-856-467 | THE CLOSER: Red Tape | WBEI |
| 6 | PA 1-856-470 | THE CLOSER: Walking Back the Cat | WBEI |
| 7 | PA 1-856-471 | THE CLOSER: Half Load | WBEI |
|   | PA 1-856-469 | THE CLOSER: Tapped Out | WBEI |
| 8 | PA 1-856-472 | THE CLOSER: Strike Three | WBEI |
| 9 | PA 1-856-473 | THE CLOSER: Elysian Fields | WBEI |
|   | PA 1-856-474 | THE CLOSER: Identity Theft | WBEI |
| 10 | PA 1-856-476 | THE CLOSER: Smells Like Murder | WBEI |
|    | PA 1-856-477 | THE CLOSER: Maternal Instincts | WBEI |
| 11 | PA 1-856-479 | THE CLOSER: Waivers of Extradition | WBEI |
| 12 | PA 1-856-480 | THE CLOSER: The Life | WBEI |
|    | PA 1-856-482 | THE CLOSER: Make Over | WBEI |
| 13 | PA 1-856-483 | THE CLOSER: Dead Man's Hand | WBEI |
| 14 | PA 1-085-787 | THE WIRE: The Target | Home Box Office, Inc. ("HBO") |
| 15 | PA 1-085-788 | THE WIRE: The Detail | HBO |
|    | PA 1-085-789 | THE WIRE: The Buys | HBO |
| 16 | PA 1-085-790 | THE WIRE: Old Cases | HBO |
| 17 | PA 1-091-735 | THE WIRE: The Pager | HBO |
|    | PA 1-091-734 | THE WIRE: The Wire | HBO |
| 18 | PA 1-085-791 | THE WIRE: One Arrest | HBO |
|    | PA 1-112-366 | THE WIRE: Lessons | HBO |
| 19 | PA 1-112-367 | THE WIRE: Game Day | HBO |
| 20 | PA 1-085-792 | THE WIRE: The Cost | HBO |
|    | PA 1-085-793 | THE WIRE: The Hunt | HBO |
| 21 | PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
|    | PA 1-097-171 | THE WIRE: Sentencing | HBO |
| 22 | PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| 23 | PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
|    | PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| 24 | PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| 25 | PAu 2-803-274 | THE WIRE: Undertow | HBO |
| 26 | PA 1-148-601 | THE WIRE: All Prologue | HBO |
| 27 | PA 1-188-186 | THE WIRE: Backwash | HBO |
| 28 | PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |

Warner Bros. v. Brilliant System USA, Inc.: [Proposed] Consent Decree     - 15 -

| | | |
|---|---|---|
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |
| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |
| PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |

| PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
|---|---|---|
| PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |